# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3292

_____

Ronald E. Byers

*Appellant*

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: September 4, 2014
Filed: September 16, 2014
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ronald Byers appeals from an adverse decision of the Tax Court,[1] challenging that court's determination of his tax-deduction amount for tax year 2003, its refusal to enforce a document subpoena, and its imposition of sanctions.

---

[1]The Honorable Ronald L. Buch, United States Tax Court Judge.

After careful review, we conclude that the Tax Court (1) did not clearly err in calculating the tax-deduction amount at issue, see Blodgett v. Commissioner, 394 F.3d 1030, 1034–35 (8th Cir. 2005) (standard of review); (2) did not abuse its discretion in declining to enforce Byers's subpoena, see United States v. Roach, 164 F.3d 403, 412 (8th Cir. 1998) (same), cert. denied, 528 U.S. 845 (1999); and (3) did not abuse its discretion in imposing a sanction under these circumstances, see 26 U.S.C. § 6673(a)(1) (stating that the tax court may impose a penalty when the taxpayer maintains proceedings primarily for delay or takes a frivolous or groundless position).  Accordingly, we affirm.

_____